**Harold BERGER, Claimant–Respondent,**

v.

**CHRYSLER MOTORS CORPORATION, Employer–Appellant.**

No. 64059.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 11, 1994.

Evans & Dixon, George T. Floros, St. Louis, for employer-appellant.

Susan K. Roach, St. Louis, for claimant-respondent.

Before SIMON, P.J., and PUDLOWSKI and KAROHL, JJ.

### ORDER

PER CURIAM.

Appellant appeals from an adverse award of the Labor and Industrial Relations Commission. It also filed a motion to remand for the taking of additional evidence with this court. Motion denied. The findings and conclusions of the Labor and Industrial Commission are not erroneous. An extended opinion would not have precedential value. Award affirmed in accordance with rule 84.-16(b).